

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

NO. WR-91,699-01

**EX PARTE JACK ALONSO ROCK, Applicant**

**ON APPLICATION FOR A WRIT OF HABEAS CORPUS
CAUSE NO. 71646-01-B-WR IN THE 181ST DISTRICT COURT
FROM POTTER COUNTY**

*Per curiam*.

**O R D E R**

Applicant was convicted of possession of a controlled substance and sentenced to twenty

months' imprisonment. He did not appeal his conviction. Applicant filed this application for a writ

of habeas corpus in the county of conviction, and the district clerk forwarded it to this Court. *See*

TEX. CODE CRIM. PROC. art. 11.07.

Applicant contends in four grounds that he was denied pre-sentence credit. According to the

record, on July 19, 2019, the trial court entered a *nunc pro tunc* order and granted Applicant an

additional 320 days of pre-sentence credit. The Texas Department of Criminal Justice (TDCJ) has

not, however, received a copy of this order. The trial court shall order the district clerk to

immediately send a copy of this order to TDCJ. This application is dismissed. *See Ex parte*

*Florence*, 319 S.W.3d 695 (Tex. Crim. App. 2010); *Ex parte Ybarra*, 149 S.W.3d 147 (Tex. Crim.

App. 2004).

Filed: September 23, 2020
Do not publish